UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| WILLIE K. HENDERSON,<br><br>   Plaintiff,<br><br>v.<br><br>CITY OF MPLS CONVENTION CENTER, CHAD LEVERSON, GREG LANGFORD, CHERYL ARNET, CARRIE VANDERMOOT, DON PERRY, JACK BARR and THE REST OF PRODUCTION STAFF,<br><br>   Defendants. | Civil No. 07-3538 (JNE/JJG)<br><br>**ORDER** |

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's "Application to Proceed Without Prepayment of Fees," (Docket No. 2), is DENIED; and

2. This action is summarily DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

Dated: August 28, 2007

            s/ Joan N. Ericksen
            JOAN N. ERICKSEN

Judge, U.S. District Court